IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 19 CR 123 WMC |
| MICHAEL HINZE, | 18 U.S.C. § 2252(a)(2) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

On or about September 28, 2018, in the Western District of Wisconsin, the defendant,

MICHAEL HINZE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct. Specifically, HINZE received an image with a file name starting with d594, sent via Kik, depicting Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

<u>COUNT 2</u>

On or about September 28, 2018, in the Western District of Wisconsin, the defendant,

MICHAEL HINZE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct.  Specifically, HINZE received an image with a file name starting with c6ed, sent via Kik, depicting Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 3

On or about September 28, 2018, in the Western District of Wisconsin, the defendant,

MICHAEL HINZE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct.  Specifically, HINZE received a video with a file name starting with df12, sent via Kik, depicting Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 4

On or about September 29, 2018, in the Western District of Wisconsin, the defendant,

MICHAEL HINZE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually

explicit conduct and the depiction is of such conduct. Specifically, HINZE received an image with a file name starting with 5823, sent via Kik, depicting a minor engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 5

On or about September 30, 2018, in the Western District of Wisconsin, the defendant,

MICHAEL HINZE,

knowingly received a visual depiction using a facility of interstate commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the depiction is of such conduct. Specifically, HINZE received a video with a file name starting with 209b, sent via Kik, depicting Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 9/18/2019

_____
SCOTT C. BLADER
United States Attorney