UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      *Plaintiff*,

  *vs*.                                                           Case No. 19-cr-123-wmc

MICHAEL HINZE,

      *Defendant*.

---

### MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

Michael Hinze, by counsel, moves the Court to file under seal the reply brief filed on today's date in the above case. The reason for this request is that the document contains very sensitive and private personal information that should not be made available to the public.

Dated this 2nd day of March, 2020.

                                               Respectfully submitted,

                                               **/s/** *Shelley M. Fite*
                                               Shelley M. Fite
                                               FEDERAL DEFENDER SERVICES
                                                   OF WISCONSIN, INC.
                                               22 East Mifflin Street, Suite 1000
                                               Madison, Wisconsin  53703
                                               Telephone: 608-260-9900
                                               Fax: 608-260-9901
                                               E-mail: shelley_fite@fd.org

                                               Counsel for Michael Hinze